KSC/08.04.25
LNE: USAO: 2025R00247

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. JKB-25-0229 |
| | * | |
| KEITH JACKSON, | * | (Conspiracy to Distribute and Possess |
| RICO PERKINS, AND | * | with the Intent to Distribute |
| DUANE ROBERTS, | * | Controlled Substances, 21 U.S.C. § |
| a/k/a "DJ" | * | 846; Possession with the Intent to |
| | * | Distribute Controlled Substances, 21 |
| Defendants. | * | U.S.C. § 841(a)(1); Conspiracy to |
| | * | Possess a Firearm in Furtherance of a |
| | * | Drug Trafficking Crime, 18 U.S.C. § |
| | * | 924(o); Possession of Firearms and |
| | * | Ammunition by a Prohibited Person, |
| | * | 18 U.S.C. § 922(g)(1); Aiding & |
| | * | Abetting, 18 U.S.C. § 2; Forfeiture, 21 |
| | * | U.S.C. § 853, 18 U.S.C. § 924(d), and |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges that:

From in or about March 2025 and continuing until on or about April 16, 2025, in the District of Maryland and elsewhere, the Defendants,

**KEITH JACKSON,
RICO PERKINS, AND
DUANE ROBERTS,
a/k/a "DJ"**

did knowingly and willfully combine, conspire, confederate and agree with one another and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

21 U.S.C. § 846

## COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about April 16, 2025, in the District of Maryland, the Defendants,

**KEITH JACKSON,
RICO PERKINS, AND
DUANE ROBERTS,**
a/k/a "DJ"

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a quantity of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT THREE
### (Possession with Intent to Distribute Cocaine)

The Grand Jury for the District of Maryland further charges that:

On or about April 16, 2025, in the District of Maryland, the Defendant,

**RICO PERKINS,**

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and (b)(1)(C)
18 U.S.C. § 2

## COUNT FOUR
### (Possession of Firearms and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about April 16, 2025, in the District of Maryland, the Defendants,

**KEITH JACKSON AND
RICO PERKINS,**

knowing they had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed four firearms and ammunition, to wit: (1) a Charter Arms Undercover .38 Special revolver bearing serial number 762189, which was loaded with five rounds of .38 caliber ammunition; (2) a Glock 23 .40 caliber semi-automatic handgun bearing serial number LXY964, which was loaded with twenty-one rounds of .40 caliber ammunition in an extended magazine and with a machinegun conversion device attached thereto; (3) a Mossberg MC2 9mm semi-automatic handgun bearing serial number 013176MC, which was loaded with fourteen rounds of 9mm ammunition; (4) a Polymer 80 9mm semi-automatic handgun bearing no serial number; and (5) approximately one-hundred and forty-eight rounds of ammunition of assorted calibers, and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT FIVE
**(Conspiracy to Possess Firearms in Furtherance of a Drug Trafficking Crime)**

The Grand Jury for the District of Maryland further charges that:

On or about April 16, 2025, in the District of Maryland, the Defendants,

**KEITH JACKSON AND
RICO PERKINS**

did conspire to possess firearms in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, conspiracy to possess with the intent to distribute cocaine and cocaine base, as charged in Count One, which is incorporated by reference herein.

18 U.S.C. § 924(o)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendants' convictions under Counts One through Five of the Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offenses alleged in Counts One through Three of the Indictment, the Defendants,

**KEITH JACKSON,
RICO PERKINS, AND
DUANE ROBERTS,
a/k/a "DJ"**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense(s).

### Firearms and Ammunition Forfeiture

3. Upon conviction of the offenses alleged in Counts Four or Five of this Indictment, the Defendants,

**KEITH JACKSON AND
RICO PERKINS**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any

firearms and ammunition involved in such offense(s).

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to:

   a. a forfeiture money judgment in the amount of proceeds each Defendant obtained as a result of the offense alleged in Count One of this Indictment;

   b. a Charter Arms Undercover .38 Special revolver bearing serial number 762189;

   c. approximately five (5) rounds of .38 caliber ammunition loaded therein;

   d. a Glock 23 .40 caliber semi-automatic handgun bearing serial number LXY964;

   e. approximately twenty-one (21) rounds of .40 caliber ammunition loaded therein;

   f. an extended magazine loaded therein;

   g. a machinegun conversion device attached thereto;.

   h. a Mossberg MC2 9mm semi-automatic handgun bearing serial number 013176MC;

   i. approximately fourteen (14) rounds of 9mm caliber ammunition loaded therein;

   j. a Polymer 80 9mm semi-automatic handgun bearing no serial number;

   k. approximately one-hundred and forty-eight (148) rounds of ammunition of assorted calibers seized from 1512 Presstman Street, Baltimore Maryland, on or about April 16, 2025;

   l. a high-capacity drum-style magazine seized from 1512 Presstman Street, Baltimore Maryland, on or about April 16, 2025;

   m. approximately four handgun magazines seized from 1512 Presstman Street, Baltimore Maryland, on or about April 16, 2025; and two kilogram presses bearing a "Scorpion" brand stamp seized from 1512 Presstman Street, Baltimore Maryland, on or about April 16, 2025.

## Substitute Assets

5.    If, as a result of any act or omission of any Defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

21 U.S.C. § 853
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_Kelly O. Hayes / LNE_
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

8/6/25
Date

9